UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Jim ERICKSON,

                        **Plaintiff,**                  12-CV-04593 (JGK)(SN)

                  -against-                                <u>ORDER</u>

**HOWARD MILLER COMPANY, et al.,**

                        **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On September 28, 2012, the Honorable John G. Koeltl referred this matter to a magistrate judge for settlement. <u>See</u> 28 U.S.C. § 636(b)(1)(A). On December 5, 2012, this matter was reassigned to my docket for discovery and resolution of a specific discovery dispute.

       I will hold a telephone conference to discuss discovery matters on December 17, 2012 at 9:00 a.m. Plaintiff's counsel shall call the Court, with defense counsel on the line, at that time. I am in receipt of the letters from plaintiff's counsel that were submitted to the Honorable Kevin Nathaniel Fox on October 19, 2012 and November 15, 2012. Any other submissions must be made by the close of business on December 12, 2012, with responses filed by the close of business on December 14, 2012.

       A settlement conference is scheduled for January 16, 2013 at 2:00 p.m. The parties are directed to contact the court before the conference to confirm a courtroom.

       The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at http://www.nysd.uscourts.gov/judge/Netburn. The parties are strongly encouraged to

engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the Ex Parte Settlement Letter. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge


DATED:   New York, New York
            December 10, 2012